IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION

MSP RECOVERY, LLC,

    Plaintiff,

v.

CASE NO: 15-CV-20208

PROGRESSIVE SELECT INSURANCE
COMPANY,

    Defendant.
_____/

## AGREED ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW DOCKET ENTRIES 16, 17, AND 18

THIS CAUSE having upon the Court, and being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED. Docket entries 16, 17, and 18 are hereby withdrawn. The Court will consider docket entry 19.

DONE AND ORDERED in Chambers, at Miami-Dade, Florida this 23 day of Feb., 2015.

[signature]
UNITED STATES DISTRICT JUDGE

Copies furnished to:
**Neil V. Singh** 3250 West Commercial Blvd., Suite 220 Fort Lauderdale FL 33309 sfpiphc@progressive.com; nsingh1@progressive.com
**Rebecca Rubin del Rio Esquire** 5000 S.W. 75th Avenue, Suite 400 Miami FL 33155 serve@msprecoverylawfirm.com